IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:10-CV-000009 |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER CONTI, | ) | Electronically Filed |
| | ) | |
| Defendant. | ) | |

### DEFAULT AND
### DEFAULT JUDGMENT

AND NOW, this __15th__ day of __March__, __2010__, in accordance with Rules 55(a) and 55(b)(1) of the Federal Rules of Civil Procedure, the default of the Defendant, Christopher Conti, is entered of record, and judgment is hereby entered in favor of the Plaintiff, United States of America, and against the Defendant for the amount of $444,204.63 plus post-judgment interest and costs.

*K.V. Barth, J.*

_____
Clerk, United States District Court

cc:   Michael Colville, AUSA